Laurie B. Mapes, OSB #841670
lauriemapes2002@yahoo.com
Attorney at Law
PO Box 1241
Scappoose OR 97056
Voice: (503) 543-2900
Fax: (503) 543-3676

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SARA H.,[1] | Case No. 2:23-cv-00649-CL |
| Plaintiff, | |
| v. | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ORDER |
| Defendant. | |

Based on the stipulation of the parties and Plaintiff's application, it is ORDERED that attorney fees in the amount of $12,800.00 are awarded to Plaintiff under the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties agree that Plaintiff has assigned the EAJA attorney fees to Plaintiff's attorney. The attorney fees shall be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the EAJA fees

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the nongovernmental party in this case.

ORDER - 1

under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, Laurie B. Mapes. If Plaintiff has such a debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff. The check, regardless of the named payee, shall be mailed to Plaintiff's attorney, Laurie B. Mapes, at P.O. Box 1241, Scappoose, Oregon, 97056.

DATED this __11__ day of September, 2024.

_____
MARK D. CLARKE
United States Magistrate Judge

SUBMITTED BY:

s/ Laurie B. Mapes
Laurie B. Mapes
OSB # 841670
(503) 543-2900
Attorney for Plaintiff

ORDER - 2